FOURTH DEPARTMENT, SEPTEMBER, 1954.

(September 17, 1954.)

SAMUEL G. NICHOLAS, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, et al., Defendants. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Plaintiff-Appellant, v. MICHAEL MATHEWS et al., Individually and as Copartners Formerly Doing Business under the Name of MATHEWS & KANELOS Co., Third-Party Defendants-Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 291, 915; *ante,* p. 835.]

VERDOW CHEVROLET, INC., et al., Respondents, v. CLINTON E. DEAN, Doing Business as DEAN CHEVROLET Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Vaughan, J. P., Piper, Wheeler and Van Duser, JJ. [See *ante,* p. 517.]

WILLARD M. RICH, Respondent, v. E. WARD SOANES, Doing Business under the Name of E. WARD SOANES Co., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper and Van Duser, JJ. [See *ante,* p. 830.]